# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**FILLISA HUEY, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED**                                                              **PLAINTIFF**

**V.**                                                                              **NO. 4:19-CV-153-SA-JMV**

**ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY**                                                    **DEFENDANT**

## AGREED ORDER EXTENDING TIME
## TO RESPOND TO COMPLAINT

Based upon the agreement of the parties, it is **ORDERED** that the Defendant shall respond to the Complaint on or before December 13, 2019.

**ORDERED** on this the 12th day of November, 2019.

                                                               /s/ Jane M. Virden
                                                                U. S. MAGISTRATE JUDGE

**AGREED TO & APPROVED:**

*/s/ J. Brandon McWherter*
J. Brandon McWherter (MSB No. 105244)
Counsel for Plaintiff

*/s/ William N. Reed*
William N. Reed (MSB No. 4689)
Counsel for Defendant