# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**FILLISA HUEY, individually and
on behalf all others similarly situated**             **PLAINTIFF**

**V.**             **NO.: 4:19-cv-153-GHD-JMV**

**ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY**             **DEFENDANT**

## ORDER

The parties jointly filed a Motion for a Revised Schedule [63]. For good cause shown, the court finds that the motion is well taken and should be granted.

Accordingly, all unexpired deadlines (except as set out in the court's order on the motion for continuance at Docket No. 64) are stayed until November 8, 2021, unless directed otherwise by the undersigned.

**SO ORDERED**, this, the 1st day of September, 2021.

            /s/ Jane M. Virden
            **UNITED STATES MAGISTRATE JUDGE**